# FINANCIAL DISCLOSURE REPORT
## Nomination Report

*Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4 , Sec. 101-112)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Martinez, Jose E. | District Court-S. Dist. of Fl. | 01/25/2002 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| US District Judge (Nominee) | X  Nomination, Date  01/23/1902 <br><br> Initial    Annual    Final | 01/01/2001 to 01/01/2002 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 601 Brickell Key Drive <br> Suite 501 <br> Miami, Florida 33131 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS  *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | Partner | Martinez & Gutierrez |
| 2 | President, Director, Treasurer, Registered Agent | Jose E. Martinez, P.A. |
| 3 | President, Vice-President, Director, Registered Agent | Spanish Broadcasting Network |

## II. AGREEMENTS  *(Reporting individual only; see pp.14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☐ NONE (No reportable agreements.) | |
| 1 | 1/25/02 | Upon my departure from my firm, any income that may be attributable to my share of the partnership will be paid to me. |
| 2 | 1/25/02 | I plan to divest myself of my ownership interest in Spanish Broadcasting Network, Inc. |
| 3 | | |

## III. NON-INVESTMENT INCOME  *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | |
| 1 | 2001 | Guardianship of Margaret Sterbutzel (spouse) | |
| 2 | 2001 | Jose E. Martinez, P.A. | $52300.00 |
| 3 | 2001 | Martinez & Gutierrez (spouse) | |
| 4 | | | |

# IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | **NONE** (No such reportable reimbursements.) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

# V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | **NONE** (No such reportable gifts.) | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

# VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | **NONE** (No reportable liabilities.) | | |
| 1 | Mellon United National Bank | Co-signor on a line of credit in the name of Martinez & Gutierrez | L |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES:J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
0=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | *If not exempt from disclosure* | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  Jose E. Martinez, P.A., (privately held/common st) | | None | J | U | Exempt | | | | |
| 2  Spanish Broadcasting Network, Inc. (priv. held common stock) | | None | J | U | Exempt | — | | | |
| 3  American Electric common stock - owned by spouse | A | Div/Reinvest | J | T | Exempt | | | | |
| 4  Dominion Resources common stock - owned by spouse | B | Div/Reinvest | K | T | Exempt | | | | |
| 5  Southern Co. common stock - owned by spouse | A | Div/Reinvest | J | T | Exempt | | | | |
| 6  Exelon Corp. common stock - owned by spouse | A | Div/Reinvest | J | T | Exempt | | | | |
| 7  Western Resources common stock - owned by spouse | A | Div/Reinvest | J | T | Exempt | | | | |
| 8  McDonald's Corporation Common Stock - owned by spouse | A | Div/Reinvest | J | T | Exempt | | | | |
| 9  IRA #1 Rollover | B | Div & Int | L | T | Exempt | | | | |
| 10  - Cash Reserve Account III - Florida | | | | | | | | | |
| 11  - Mellon Private Asset Mgt Bond Fund MPAM SHS | | | | | | | | | |
| 12  - Dreyfus Disciplined Stock Fund | | | | | | | | | |
| 13  - Dreyfus Emerging Markets Fund | | | | | | | | | |
| 14  - Dreyfus International Value | | | | | | | | | |
| 15  - Dreyfus Premier Small Co STK CL R | | | | | | | | | |
| 16  IRA #2 | B | Div & Int | K | T | Exempt | | | | |
| 17  - Cash Reserve Account III- Florida | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)  U=Book Value    V=Other    W=Estimated

## VII. Page ·2 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 - Mellon Private Asset Mgt Bond Fund MPAM SHS | | | | | | | | | |
| 19 - Dreyfus Disciplined Stock Fund | | | | | | | | | |
| 20 - Dreyfus Emerging Markets Fund | | | | | | | | | |
| 21 - Dreyfus International Fund | | | | | | | | | |
| 22 - Drefus Premier Small Co STK CL R | | | | | | | | | |
| 23 MAM Investment Mgt Acct | B | Div. & Inter | L | T | Exempt | | | | |
| 24 - Cash Reserve Account - Florida | | | | | | | | | |
| 25 - Dreyfus Disciplined Stock Fund | | | | | | | | | |
| 26 - Dreyfus Emerging Markets Fund | | | | | | | | | |
| 27 - Dreyfus International Value | | | | | | | | | |
| 28 - Dreyfus Premier Small Co STK CL R | | | | | | | | | |
| 29 - Dreyfus Prem LTD Muni BD CL R | | | | | | | | | |
| 30 University Credit Union Account | A | Interest | J | T | Exempt | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4) F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3) O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Martinez, Jose E. | 01/25/2002 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

The IRA #1 Rollover, IRA #2 and MAM Investment Management Account are all Managed by Mellon Private Asset Management.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Martinez, Jose E. | 01/25/2002 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

The IRA #1 Rollover, IRA #2 and MAM Investment Management Account are all Managed by Mellon Private Asset Management.

| | Name of Person Reporting | Date of Report |
|---|---|---|
| **FINANCIAL DISCLOSURE REPORT** | Martinez, Jose E. | 01/25/2002 |

**SECTION HEADING.** (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 1. POSITIONS (cont'd.)

| Line | Position | Name of Organization/Entity |
|---|---|---|
| 4 | Co-guardian | Guardianship of Dalia J. Martinez |
| 5 | Assistant Secretary, Registered Agent | Dorado Realty |
| 6 | Registered Agent | Shatila Trading Company |
| 7 | Registered Agent | Windsor Enterprises |
| 8 | Chairman | WLRN-TV (Channel 17) Advisory Board |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| **FINANCIAL DISCLOSURE REPORT** | Martinez, Jose E. | 01/25/2002 |

**SECTION HEADING.** (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 1. POSITIONS (cont'd.)

| Line | Position | Name of Organization/Entity |
|---|---|---|
| 4 | Co-guardian | Guardianship of Dalia J. Martinez |
| 5 | Assistant Secretary, Registered Agent | Dorado Realty |
| 6 | Registered Agent | Shatila Trading Company |
| 7 | Registered Agent | Windsor Enterprises |
| 8 | Chairman | WLRN-TV (Channel 17) Advisory Board |